Kathryn PHILLIPS, Appellant
Below, Appellant,

v.

JOHNNY JANOSIK, INC. and Unemployment Insurance Appeals Board,
Appellees Below, Appellees.

No. 390, 2016

Supreme Court of Delaware.

Submitted: October 7, 2016

Decided: December 12, 2016

Court Below—Superior Court of the
State of Delaware, C.A. No. S15A–12–004

AFFIRMED.

Stanley GATEWOOD, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 415, 2016

Supreme Court of Delaware.

Submitted: October 18, 2016

Decided: December 12, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID 1407022963

AFFIRMED.

Diane PURCELL and Thomas R.
Purcell, Appellees/Plaintiffs
Below, Appellants,

v.

STATE FARM FIRE AND CASUALTY
CO., Appellant/Defendant Below,
Appellee.

No. 45, 2016

Supreme Court of Delaware.

Submitted: September 23, 2016

Decided: December 13, 2016

Court Below—Superior Court of the
State of Delaware, C.A. No. N12C–02–178

AFFIRMED. VACATED. REMANDED.

Lisa WERTH,* Respondent
Below, Appellant,

v.

Vincent LONG, II, Petitioner
Below, Appellee.

No. 69, 2016

Supreme Court of Delaware.

Submitted: December 6, 2016

Decided: December 14, 2016

Court Below—Family Court of the State
of Delaware in and for Sussex County, File
No. CS99–03095, Petition No. 14–27932

DISMISSED.

---

* By Order dated February 12, 2016, the Court *sua sponte* assigned pseudonyms to the parties. Del. Supr. Ct. 7(d).